CHRISTIE S. LEE,　SBN 224944
Law Offices of Christie S. Lee
1207 13th Street, Ste 1
Modesto, CA 95354
Tel: (209) 910-5291
Fax: (209) 492-9356

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### MODESTO DIVISION

| | |
|---|---|
| In re: | Case No.: 2014-91337 |
| | DCN:　CSL-006 |
| 　　LUIS DELGADO and | |
| 　　SONIA DELGADO, | Date: January 10, 2017 |
| | Time: 10:00 a.m. |
| 　　　　Debtor(s) | Place: 1200 I Street, Suite 4 |
| | 　　　Modesto, CA |
| | Courtroom: |
| | Judge: Hon. Robert S. Bardwil |

## MOTION FOR AN ORDER APPROVING
## LOAN MODIFICATION AGREEMENT WITH NATIONSTAR

　　Debtors, Luis Delgado and Sonia Delgado, through their attorney Christie S. Lee, move the court herein to approve a loan modification agreement with Nationstar filed on December 9, 2016. This motion is based on the Notice of Motion and Joint Declaration of Debtors indicating that Nationstar wants such court approval to modify the loan.

　　The owner of the real property subject to loan modification is JOSE M. TOVAR, aka, Jose Tovar-Villa ("Jose"), the father of Sonia Delgado. Jose is the one who lives in the property and pays the mortgage, property taxes, and any expenses necessary to maintain the property. Debtors are only cosigners of the loan.  Debtors have not paid and will not pay any loan

Page 1

payments toward the Property. Therefore, the loan modification has no effect on the current plan payment.

　　　　In order for Jose to keep the Property, loan modification is necessary. Although Nationstar approved the loan modification, Nationstar requires Debtors to get the Court approval of this modification agreement to complete the process.

　　　　WHEREFORE, the Debtors now request the Court to approve the loan modification agreement with Nationstar.

Executed this 9th day of December, 2016 at Modesto, CA.

　　　　　　　　　　　　　　　　　　　　/s/ Christie S. Lee　　　　　　.
　　　　　　　　　　　　　　　　　　　　Christie S. Lee, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Debtors