# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| **Case Title :** | Luis Delgado and Sonia Delgado | **Case No :** | 14–91337 – D – 13G |
| --- | --- | --- | --- |
| | | **Date :** | 01/10/2017 |
| | | **Time :** | 10:00 |

| **Matter :** | [81] – Motion/Application to Approve Loan Modification [CSL–6] Filed by Debtor Luis Delgado, Joint Debtor Sonia Delgado (pdes) |
| --- | --- |

| **Judge :** | Robert S. Bardwil | **Courtroom Deputy :** | Cecilia Jimenez |
| --- | --- | --- | --- |
| **Department :** | D | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :
Granted
See final ruling below.

The court will issue a minute order.

Final ruling:

The matter is resolved without oral argument. The court's records indicate that no timely opposition has been filed and the relief requested in the motion to approve loan modification is supported by the record. As such the court will grant the motion to approve loan modification by minute order. No appearance is necessary.